461 A.2d 873

Miller v. Miller, Appellant.

Argued April 21, 1983. Blaine Joseph DeSantis, for appellant; James R. Hevalow, for appellee.

Before WICKERSHAM, ROWLEY and WATKINS, JJ.

Order affirmed.

461 A.2d 874

Pucci, Appellants v. Columbia Gas of Pa.

Argued January 11, 1983. Robert J. Taylor, for appellants; John David McBride, for appellee.

Before POPOVICH, MONTGOMERY and VAN der VOORT, JJ.

Judgment affirmed.